**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  08-cv-02604-REB-KMT

MARGARET SCHURFRANZ, and
DALE SCHURFRANZ,

     Plaintiffs,

v.

JOHN DOE,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before me is the plaintiff's **Motion To Dismiss Without Prejudice** [#5] filed April 29, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the plaintiff's **Motion To Dismiss Without Prejudice** [#5] filed April 29, 2009, is **GRANTED**; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 4, 2009, at Denver, Colorado.

     BY THE COURT:

     Robert E. Blackburn
     United States District Judge